# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE

McKAYLA JONES, and
JERMEAL MORRIS,
On behalf of Minors D.J. and D.M,

    Plaintiffs,

v.                                                                                               No. 2:25-cv-02502-TLP-atc

SHELBY COUNTY, TENNESSEE,
et al.

    Defendants.

## JOINT STIPULATION OF DISMISSAL OF SHELBY COUNTY DEFENDANTS WITHOUT PREJUDICE

COME NOW Plaintiffs McKayla Jones and Jermeal Morris, and Defendants Shelby County, Tennessee and Shelby County Sheriff's Office ("Shelby County Defendants"), pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and hereby stipulate that Defendant Shelby County, Tennessee and Defendant Shelby County Sheriff's Office are hereby dismissed without prejudice from this civil action.

                                          Respectfully submitted,

                                          /s/ William A. Wooten

                                          William A. Wooten (BPR # 026674)
                                          Fred E. Johnson (BPR # 037802)
                                          Wooten Law Office
                                          120 Court Square East
                                          Covington, Tennessee 38019
                                          william@wootenlawoffice.com

                                          *Attorneys for the Plaintiffs*

/s/ R.H. "CHIP" CHOCKLEY
R.H. "CHIP" CHOCKLEY (#22681)
chip.chockley@shelbycountytn.gov
JOSHUA P. WARREN (#37933)
joshua.warren@shelbycountytn.gov
SHELBY COUNTY ATTORNEY'S OFFICE
160 North Main Street, Suite 950
Memphis, TN 38103
(901) 222-2100

*Attorneys for Shelby County Defendants*

Certificate of Service

I certify that the foregoing is being served via email this 9th day of December, 2025, upon all persons registered in the court's ECF filing system in connection with this case.

/s/ R.H. "CHIP" CHOCKLEY
R.H. "Chip" Chockley