# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| MCKAYLA JONES and JERMEAL MORRIS, on behalf of minors D.J. and D.M., ) ) ) ) | |
| Plaintiffs, ) ) | No. 2:25-cv-02502-TLP-atc |
| v. ) ) | JURY DEMAND |
| SHELBY COUNTY, TENNESSEE, et al., ) ) | |
| Defendants. ) | |

## JUDGMENT AS TO SHELBY COUNTY, TENNESSEE AND SHELBY COUNTY SHERIFF'S OFFICE ONLY

**JUDGMENT BY THE COURT**.  This action came before the Court on Plaintiff's Complaint, filed on May 12, 2025.  (ECF No. 1.)  In accordance with the Stipulation of Dismissal of Shelby County, Tennessee, and Shelby County Sheriff's Office (ECF No. 27), agreed to by the parties in the case and under Federal Rule of Civil Procedure 41(a)(1)(A)(ii),

**IT IS ORDERED, ADJUDGED, AND DECREED** that this action is **DISMISSED WITHOUT PREJUDICE** as to Shelby County, Tennessee and Shelby County Sheriff's Office only.  Each party shall bear their own attorney fees and costs.

**APPROVED:**

s/Thomas L. Parker
THOMAS L. PARKER
UNITED STATES DISTRICT JUDGE

December 9, 2025
Date