**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | | |
|---|---|---|
| MCKAYLA JONES and JERMEAL MORRIS, on behalf of minors D.J. and D.M., | ) ) ) | |
| Plaintiffs, | ) | No. 2:25-cv-02502-TLP-atc |
| | ) | |
| v. | ) | JURY DEMAND |
| | ) | |
| SHELBY COUNTY, TENNESSEE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**SCHEDULING ORDER**

Pursuant to Local Rule 16.2, a Scheduling Conference was held by Microsoft Teams on April 1, 2026.  Present were William A. Wooten, counsel for Plaintiffs, and Kavita Goswamy Shelat and Darrell J. O'Neal, counsel for Defendants.  At the Conference, the following dates were established as the final deadlines for:

**INITIAL DISCLOSURES PURSUANT TO FED. R. CIV. P. 26(a)(1):**  April 16, 2026

**MOTIONS TO JOIN PARTIES**:  May 15, 2026

**MOTIONS TO AMEND PLEADINGS**:  May 15, 2026

**MOTIONS TO DISMISS**:  June 19, 2026

**ALTERNATIVE DISPUTE RESOLUTION**:

    **(a)**    **ADR DEADLINE PURSUANT TO ADR PLAN RULE 4.3(a)**:
        July 17, 2026

        Mediator must file Mediation Certification Form:
        https://www.tnwd.uscourts.gov/pdf/content/MediationCertificationForm.pdf

**(b)**       **SELECTION OF MEDIATOR PURSUANT TO ADR PLAN RULE 5.4(c)2:**

**MEDIATOR'S NAME**:  Darryl Gresham

**COMPLETING ALL DISCOVERY**:  December 18, 2026

**(a)**       **WRITTEN DISCOVERY**[1]:  December 18, 2026

**(b)**       **DEPOSITIONS**:  November 20, 2026

**(c)**       **EXPERT WITNESS DISCLOSURES UNDER FED. R. CIV. P. 26:**

**(1)**       **DISCLOSURE OF PLAINTIFF'S RULE 26(a)(2) EXPERT INFORMATION**:  October 16, 2026

**(2)**       **DISCLOSURE OF DEFENDANT'S RULE 26(a)(2) EXPERT INFORMATION**:  November 20, 2026

**(3)**       **EXPERT WITNESS DEPOSITIONS**:  December 18, 2026

**F.R.E. 702/*DAUBERT* MOTIONS TO EXCLUDE EXPERTS**:  January 29, 2027

**FILING DISPOSITIVE MOTIONS**:  January 29, 2027

**FILING MOTIONS IN LIMINE**:  May 21, 2027, by close of business

**JOINT PROPOSED PRETRIAL ORDER DUE:**  May 21, 2027, by close of business
(E-Mail Joint Proposed Pretrial Order in Word format to:
ECF_Judge_Parker@tnwd.uscourts.gov)

**PRETRIAL CONFERENCE DATE**:  June 4, 2027, at 10:30 a.m.

**JURY TRIAL**:  June 21, 2027, at 9:00 a.m.  Trial is anticipated to last approximately 2–3 days.

The parties **do not** consent to trial before the Magistrate Judge.

**OTHER RELEVANT MATTERS**:

**Any party who files a document on the docket under seal must, within 7 days, file a notice addressing the need for that document to remain under seal considering the law about the public's right of access to the Court.**

As required by Local Rule 26.1(e), the parties have conferred as to whether they will seek

---

[1] The parties shall serve requests at least 45 days before the deadline to complete written discovery to allow sufficient time for responses by the deadline for completion of discovery.

discovery of electronically stored information ("e-discovery") and have not reached an agreement regarding e-discovery and will comply with the default standards described in Local Rule 26.1(e) until such time, if ever, the parties reach an agreement and the court approves the parties' e-discovery plan.

Pursuant to agreement of the parties, if privileged or protected information is inadvertently produced, the producing party may, by timely notice, assert the privilege or protection and obtain the return of the materials without waiver.

No depositions may be scheduled to occur after the discovery deadline. All discovery requests or other discovery-related filings that require a response must be filed sufficiently in advance of the discovery deadline to enable the opposing party to respond by the time permitted by the Rules prior to that date.

Motions to compel discovery are to be filed and served within 45 days of the default or service of the response, answer, or objection that is the subject of the motion. However, if such default or service occurs within 30 days before the discovery deadline, the motion to compel must be filed within 30 days after such default or service

The parties are ordered to engage in ADR before the close of discovery. Under ADR Rule 5.11(b) the mediator is to file a Mediation Certification within seven (7) days after the close of the mediation session reporting the date of the session, whether the case settled as a whole or in part and whether any follow up is scheduled. And under LR 16.3(d), within seven (7) days after the mediator submits the Mediation Certification, the parties shall file a notice confirming that ADR was conducted and indicating whether it was successful or unsuccessful, without disclosing the parties' respective positions.

Pursuant to Local Rule 7.2(a)(1)(A), all motions, except motions pursuant to Fed. R. Civ. P. 12, 56, 59, and 60, shall be accompanied by a proposed order in a word processing format sent to the ECF mailbox of the presiding judge.

Pursuant to Local Rule 7.2(a)(1)(B), the parties are required to consult prior to filing any motion (except motions filed pursuant to Fed. R. Civ. P. 12, 56, 59, and 60).

The opposing party must file a response to any opposed motion. Pursuant to Local Rule 7.2(a)(2), a party's failure to respond timely to any motion, other than one requesting dismissal of a claim or action, may be deemed good grounds for granting the motion.

Neither party may file an additional reply to any motion, other than a motion filed pursuant to Fed. R. Civ. P. 12(b) or 56. As provided by Local Rule 7.2(c), if a party believes that a reply is necessary, it shall file a motion for leave to file a reply accompanied by a memorandum setting forth the reasons for which a reply is required within seven days of service of the response. Pursuant to Local Rules 12.1(c) and 56.1(c), a party moving for summary judgment or to dismiss may file a reply within 14 days after being served with the response in opposition to the motion.

*This order has been entered after consultation with the parties.  Absent good cause shown, the deadlines set by this order will not be modified or extended.*

**SO ORDERED**, this 1st day of April, 2026.

s/Thomas L. Parker
THOMAS L. PARKER
UNITED STATES DISTRICT JUDGE